**Order entered July 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00799-CV

## IN RE KAJIN SHAMDEEN, Relator

**Original Proceeding from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02757-2019**

## ORDER

On February 2, 2021, this Court issued an order explaining that this matter will remain abated until June 30, 2021, unless any party shows by prompt motion that the receivership court has extended the stay. Because the parties have not advised us that the receivership has extended the stay, we **LIFT** the abatement and **REINSTATE** this original proceeding.

The response, if any, to the petition for writ of mandamus shall be filed **WITHIN FOURTEEN DAYS**.

/s/     AMANDA L. REICHEK
         JUSTICE